# United States District Court
## *Southern District of Georgia*

JOHN HORTON and CAROLYN)
HORTON,
Plaintiff,

                             JUDGMENT IN A CIVIL CASE

V.                          CASE NUMBER: CV412-127

MAERSK LINE, LIMITED and A.P.
MOLLER—MAERSK, A/S I

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 22, 2014; granting Defendants' Motion for Summary Judgment; dismissing this case. This action stands closed.



September 22, 2014                         Scott L. Poff
*Date*                                           *Clerk*

                                                         *(By) Deputy Clerk*